United States District Court
Southern District of Texas
**ENTERED**
June 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

|  |  |  |
|---|---|---|
| PAUL A. TAGLIABUE JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-0013 |
| | § | |
| ORKIN LLC d/b/a ORKIN PEST CONTROL, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the discussion and reasoning advanced in Orkin's motion and in the Court's

Memorandum, the plaintiff shall take nothing by this suit.

This is a Final Judgment.

SIGNED on this 20th day of June, 2018.

_____
Kenneth M. Hoyt
United States District Judge